# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

RAYMOND BELLAVANCE, JR., )
)
PETITIONER )
)
v. ) CRIMINAL NO. 1:18-CV-266-DBH
)
RANDALL LIBERTY, *Warden, Maine* )
*State Prison,* )
)
RESPONDENT )

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 29, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Amended Recommended Decision on 28 U.S.C. § 2254 Petition. The petitioner filed an objection to the Recommended Decision on March 15, 2019. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

The motion for habeas relief under 28 U.S.C. § 2254 is **DENIED** without an evidentiary hearing.

No certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 1ST DAY OF APRIL, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**