# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND BELLAVANCE, JR., ) | |
| ) | |
| PETITIONER ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:18-CV-266-DBH |
| ) | |
| RANDALL LIBERTY, *Warden, Maine* ) | |
| *State Prison,* ) | |
| ) | |
| RESPONDENT ) | |

## ORDER ON PETITIONER'S MOTION FOR
## CERTIFICATE OF APPEALABILITY

The petitioner's motion for certificate of appealability is **DENIED**. I previously ruled that no certificate of appealability should issue in my Order of April 1, 2019 (ECF No. 21). Nothing has changed.

**SO ORDERED.**

**DATED THIS 25TH DAY OF JUNE, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**